# UNITED STATES DISTRICT COURT
## for the

| EASTERN | DISTRICT OF | CALIFORNIA |

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   6:07M00292-01 |
| | ) | |
| Adam Dale SAPPENFIELD | ) | |
| *Defendant* | ) | |

### ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:**   The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

cc:   Law Enforcement Officer

IT IS SO ORDERED.

**Dated:   June 17, 2009**                              /s/ Gudrun J. Rice
                                                                  UNITED STATES MAGISTRATE JUDGE